IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 05-62 |
| | ) | |
| WESLEY THOMAS | ) | |

## O R D E R

AND NOW, on this 26th day of November, 2008, upon consideration of the government's Motion to Put the Case Back on the Court Calendar, it is hereby ORDERED that said Motion is GRANTED.

_____
GARY L. LANCASTER
UNITED STATES DISTRICT JUDGE