IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 05-62 |
| | ) |
| WESLEY THOMAS | ) |
| Defendant. | ) |

ORDER

AND NOW, this 19th day of May, 2009, the Court having been advised that the above defendant wishes to change his plea of not guilty, entered April 12, 2005, IT IS HEREBY ORDERED that a hearing on defendant's change of plea is set for Friday, May 29, 2009 at 1:30 p.m. in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.

BY THE COURT:

s/Gary L. Lancaster            ,J.
The Honorable Gary L. Lancaster,
United States District Judge

cc: Margaret E. Picking
    Assistant United States Attorney

    Thomas J. Farrell, Esquire
    Farrell & Reisinger, LLP
    Suite 1000, Koppers Building
    436 Seventh Avenue
    Pittsburgh, PA 15219

    U.S. Marshal

    U.S. Pretrial Services

    U.S. Probation